IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY AUSTIN GANT,

    Plaintiff,                     No. 2:09-cv-2439 WBS KJN P

    vs.

TOM BOSENKO, et al.,

    Defendants.               ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On December 7, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds defendants' unopposed motion for summary judgment to have merit. Accordingly, IT IS HEREBY ORDERED that defendant's motion for summary judgment be, and the same hereby is, GRANTED.

DATED: January 11, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1